### WILLIAM SMILEY v. STATE.

No. A-2139.   Opinion Filed January 16, 1915.

Appeal from County Court, Kiowa County;

J. S. Carpenter, Judge.

William Smiley was convicted of violating the prohibitory law, and appeals.   Affirmed.

Hays & Hughes, for plaintiff in error.

E. G. Spilman, for the State.

PER CURIAM.   Plaintiff in error, William Smiley, was convicted at the July, 1913, term of the county court of Kiowa county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of two fifty dollars and imprisonment in the county jail for a period of one hundred twenty days.   A careful examination of the record reveals no error prejudicial to the substantial rights of the plaintiff in error.   The judgment of the trial court is, therefore, affirmed.

---

### S. H. RHINE v. STATE.

No. A-2318.   Opinion Filed January 16, 1914.

Appeal from County Court, Hughes County;

J. Ross Bailey, Judge.

S. H. Rhine was convicted of violating the prohibitory law, and appeals.   Dismissed.

Crump, Skinner & Anglin, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, S. H. Rhine, was convicted at the June, 1914, term of the county court of Hughes county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of three months.   On December 1, 1914, the plaintiff in error filed a motion in this court to dismiss the appeal.   The motion is sustained and the appeal accordingly dismissed.